## Henry FLANNIGAN v. UNITED STATES.

### No. 5929.

Circuit Court of Appeals, Sixth Circuit.
Dec. 8, 1931.

Howard M. Brode, of Memphis, Tenn., for appellant.

L. B. Phillips, U. S. Atty. of Memphis, Tenn.

PER CURIAM.

Judgment of District Court affirmed.

## Charles FRANK v. UNITED STATES.
### No. 6030.

Circuit Court of Appeals, Sixth Circuit.
Jan. 15, 1932.

Ralph Davis, of Memphis, Tenn., for appellant.

Nelson H. Carver, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellee.